**Harold WALKER, Petitioner–Appellant,**

v.

**James TILTON, Director of C.D.C.R., Respondent–Appellee.**

**No. 08–16261.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 1, 2008.[*]

Filed Dec. 9, 2008.

Harold Walker, Wasco, CA, pro se.

Andrew R. Woodrow, Esq., Deputy Attorney General, AGCA–Office of the California Attorney General (SAC) Sacramento, CA, for Respondent–Appellee.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's request for preliminary injunctive relief. *See United States v. Hooton*, 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied.

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

